**886**

**Marjorie M. SCOTT, Appellant,**

v.

**M. B. SCOTT, Appellee.**

**Marjorie M. SCOTT and Pat Rankin, her attorney, Appellants,**

v.

**M. B. SCOTT, Appellee.**

Court of Appeals of Kentucky.

May 17, 1974.

Pat Rankin, Robert R. Baker, Rankin & Baker, Stanford, for appellants.

Cabell D. Francis, Stanford, W. Earl Dean, Dean, Dean, Dean & Dean, Harrodsburg, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming in Part, Reversing in Part.*

**EVANS**

v.

**CARTER.**

**STRODE**

v.

**POLSTON.**

**HUNDLEY**

v.

**CARTER.**

**CROWE**

v.

**EMMERT.**

**BARTLEY**

v.

**FORD.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Joe L. Travis, Travis Ropp & Davis, Glasgow, Tom Evans, Hundley & Evans, Tompkinsville, for appellants.

James C. Jernigan, Tompkinsville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**CHARLES M. LANGNEHS ELECTRIC CO., et al., Appellants,**

v.

**Otto LANGNEHS, Jr., et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

G. William Clements, Louisville, for appellants.

Victor W. Dungan, John F. Stewart, Louisville, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**YOCOM, Commissioner of Labor, etc., et al., Appellants,**

v.

**CATRON and Workmen's Compensation Board of Kentucky, Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Robert D. Hawkins, Arthur R. Samuel, Department of Labor, Frankfort, for appellants.

William T. Cain, Somerset, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.